**151**

UNITED STATES of America,
Plaintiff—Appellee,

v.

Miguel Angel JORQUERAS–ARIAS, aka Miguel Jorqueras–Arias aka Miguel Angel Tellez–Luna, Defendant—Appellant.

No. 02–50369.

D.C. No. CR–01–03607–TJW.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 18, 2003.

Denise D. Willett, Michelle Jennings, USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kenneth R. McMullan, San Diego, CA, for Defendant–Appellant.

Before PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM**

Miguel Angel Jorqueras–Arias appeals the sentence imposed following his guilty plea to being a deported alien found in the United States in violation of 8 U.S.C. § 1326.

Jorqueras–Arias contends that the district court erred by denying his request for a downward departure based on a combination of factors, including Jorqueras–Arias' extraordinary mental and emotional conditions. Because there is no indication in the record that the district court believed it lacked the authority to depart on those grounds, we lack jurisdiction to review its decision not to do so. *United States v. Garcia–Garcia*, 927 F.2d 489, 490–91 (9th Cir.1991). This appeal is therefore

DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

